JOHN A. THOMPSON, Respondent, *v.* ROWLAND W. HAZARD et al., Appellants.

(Submitted March 12, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 23, 1887, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

The following is the *mem.* of opinion :

" The only questions relied upon by the appellant for the reversal of the judgment herein arise upon the exceptions taken by him to the report of the referee, and they are as follows :   ' The defendant hereby excepts to the findings of fact and to the conclusions of law of the referee herein.'

" It has been repeatedly held that these exceptions are too general to raise any question for review in this court.   ( *Ward* v. *Craig,* 87 N. Y. 550–557 ; *Newell* v. *Doty,* 33 id. 83 ; *Wheeler* v. *Billings,* 38 id. 263.)

" If there was no evidence tending to sustain the findings of fact made by the referee, it became a ruling upon a question of law within the meaning of section 992 of the Code of Civil Procedure, and, in order to raise a question for review in this court, an exception thereto must be taken.   (Code Civ. Pro. §§ 993, 994.)

" In the absence of any such exception this court must presume that the findings were sustained by the evidence.   (*Patterson* v. *Robinson,* 116 N. Y. 199.)

" For these reasons the judgment should be affirmed, with costs."

*William H. Newman* for appellant.

*Amasa J. Parker, Jr.,* for respondent.

HAIGHT, J., reads for affirmance.
All concur.
Judgment affirmed.